IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01397–EWN–PAC

BETTY A. DICKISON,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
as part of THE HARTORD FINANCIAL
SERVICES GROUP, d/b/a THE HARTFORD,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

"Plaintiff's Unopposed Motion to Vacate and Reschedule Scheduling Conference" (#8) filed August 17, 2005 and docketed as an Unopposed Motion to Amend/Correct/Modify to Remove The Hartford Entities From Caption is DENIED as moot as the motion is pending as document #7.

Dated: August 18, 2005