IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01397–EWN–PAC

BETTY A. DICKISON,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
as part of THE HARTORD FINANCIAL
SERVICES GROUP, d/b/a THE HARTFORD,

    Defendant.

---

**ORDER**

---

This matter comes before the court on the "Unopposed Motion to Remove the Hartford Entities from Caption" filed August 17, 2005. Upon review and consideration, it is

**ORDERED** as follows:

1. The motion (#9) is GRANTED and "The Hartord Financial Services Group, d/b/a the Hartford" shall be removed from the caption of this case.

Dated this  18th  day of August, 2005.

                                            BY THE COURT:

                                            s/Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge