IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01397-EWN-PAC

BETTY A. DICKISON,

    Plaintiff(s),

v.

CONTINENTAL CASUALTY COMPANY, as part of THE HARTFORD FINANCIAL SERVICES GROUP, d/b/a THE HARTFORD,

    Defendant(s).

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that defendant's Unopposed Motion to Vacate and Reset Settlement Conference [filed October 3, 2005] is **GRANTED** as follows:

    The Settlement Conference set for October 17, 2005 is *vacated and reset* to **November 2, 2005 at 10:30 a.m.**  Confidential Settlement Statements are due on or before **October 28, 2005.  *Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 5, 2005